IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Timothy Paul Hill,

Defendant.

CR 22-02348-TUC-JGZ (AMM)

FINAL ORDER OF FORFEITURE

(Forfeiture Judgment $30,972.70)

WHEREAS, on September 6, 2023, the defendant pled guilty to the Indictment, which charged him with Engaging in the Business of Dealing Firearms without a License, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D), and having made an admission to facts in support of the plea, and,

WHEREAS, the United States moves under Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the following Firearms and Receivers (hereinafter "Firearms and Receivers Not Seized"):

| Line # | Asset Description | Serial Number | Price |
|---|---|---|---|
| **1** | 2 Anderson Manufacturing AM15 5.56 caliber rifle | 21146699, 21146693 | $1,199.98 |
| **2** | 3 Palmetto State Armory AR-15 Stealth multi-caliber receivers | SCD0093826, SCD0093833, SCD0093832 | $179.97 |
| **3** | 4 Anderson Manufacturing AM15 multi-caliber receivers | 21111702, 21111709, 21111713, 21111728 | $323.16 |

| | | | |
|---|---|---|---|
| **4** | 2 Radical Firearms RF15 Receivers | 21-029674<br>21-030362 | $119.98 |
| **5** | 8 Anderson Manufacturing AM15 multi-caliber receivers | 21180268,<br>21180269,<br>21180270,<br>21180271,<br>21180272,<br>21180273,<br>21180007,<br>21180008 | $646.32 |
| **6** | 17 Design & Manufacturing IFLR-15 multi-caliber receiver | 20-17DM01539 | $249.99 |
| **7** | 2 Anderson Manufacturing AM15 multi-caliber receivers | 21111738,<br>21111737 | $161.58 |
| **8** | Anderson Manufacturing 5.56 caliber pistol | 21111733 | $649.99 |
| **9** | 7 Anderson Manufacturing AM15 multi-caliber receivers | 21180363,<br>21180364,<br>21180365,<br>21180366,<br>21180367,<br>21180368,<br>21180369 | $565.53 |
| **10** | 4 Palmetto State Armory AR15 MOE multi-caliber receivers | SCD942765,<br>SCD924979,<br>SCD590252,<br>SCD590245 | $239.96 |
| **11** | (2) 17 Design & Manufacturing IFLR-15 multi-caliber receivers | 21-17DM02092,<br>21-17DM02260 | $499.98 |
| **12** | 10 Anderson Manufacturing AM15 multi-caliber receivers | 21209555,<br>21209556,<br>21209565,<br>21209566,<br>21209575,<br>21209576,<br>21209585,<br>21209586,<br>21209594,<br>21209595 | $807.90 |
| **13** | 10 Anderson Manufacturing AM15 multi-caliber receivers | 21209453,<br>21209454,<br>21209455,<br>21209456,<br>21209457,<br>21209461,<br>21209462,<br>21209463,<br>21209464,<br>21209465 | $807.90 |
| **14** | 10 Anderson Manufacturing AM15 multi-caliber receivers | 21224691,<br>21224692, | $807.90 |

| | | | |
|---|---|---|---|
| | | 21224693, 21224694, 21224695, 21224696, 21224697, 21224698, 21224699, 21224700 | |
| **15** | 6 Anderson Manufacturing AM15 multi-caliber receivers | 21241401, 21241402, 21241403, 21241404, 21241412, 21241413 | $484.74 |
| **16** | (2) 17 Design & Manufacturing IFLR-15 multi-caliber receivers | 21-17DM01182, 21-17DM01186 | $499.98 |
| **17** | 5 Palmetto State Armory AR15 multi-caliber receivers | SCD202709, SCD202710, SCD202711, SCD202712, SCD202713 | $299.95 |
| **18** | Palmetto State Armory PSAK47 7.62 caliber rifle | GF3-44872 | $749.99 |
| **19** | 6 Palmetto State Armory PA15 multi-caliber receivers | SCD593299, SCD593307, SCD300100, SCD593327, SCD688078, SCD688066 | $359.94 |
| **20** | Palmetto State Armory AK47 GF3 7.62 caliber rifle | AKB044877 | $749.99 |
| **21** | 3 Palmetto State Armory AR15 multi-caliber receivers | SCB102173, SCD303648, SCB101878 | $179.97 |
| **22** | 3 Palmetto State Armory AR15 multi-caliber receivers | SCD693921, SCD693928, SCD693935 | $179.97 |
| **23** | 5 Palmetto State Armory PA15 multi-caliber receivers | SCD402952, SCD402957, SCD402960, SCD402970, SCD402972 | $299.95 |
| **24** | Radical Firearms LLC RF-15 multi-caliber rifle | 21-05476 | $649.99 |
| **25** | 5 Anderson Manufacturing AM15 multi-caliber receivers | 21147610, 21147857, 21261782, 21261972, 21261988 | $403.95 |
| **26** | 5 Radical Firearms LLC RF-15 multi-caliber receivers | 21-029635, 21-029638, 21-029646, | $299.95 |

| | | | |
|---|---|---|---|
| | | 21-048613, 21-049553 | |
| **27** | Radical Firearms LLC RF-15 multi-caliber rifle | 21-040082 | $649.99 |
| **28** | 5 Anderson Manufacturing AM15 multi-caliber receivers | 21279910, 21279919, 21279920, 21279930, 21286800 | $403.95 |
| **29** | 12 Anderson Manufacturing AM15 multi-caliber receivers | 21286953, 21286954, 21286958, 21286963, 21286678, 21286973, 21286687, 21286688, 21286982, 21286698, 21286699, 21286992 | $969.48 |
| **30** | 4 Aero Precision X-15 multi-caliber receivers | X402109, X402110, X402111, X402112 | $239.96 |
| **31** | Radical Firearms LLC RF-15 multi-caliber rifle | 21-047728 | $649.99 |
| **32** | Taurus G2C 9mm caliber pistol | ACH095987 | $299.99 |
| **33** | 2 Palmetto State Armory, PA-15 multi-caliber receivers | SCD771341, SCD771343 | $119.98 |
| **34** | (4) 17 Design & Manufacturing IFLR-15 multi-caliber receivers | 21-DM02000, 21-DM02036, 21-DM02037, 21-DM02055 | $999.96 |
| **35** | Sig Sauer P365 9mm caliber pistol | 66A815757 | $469.99 |
| **36** | 10 Anderson Manufacturing AM15 multi-caliber receivers | 21333451, 21333458, 21333459, 21333468, 21333469, 21333479, 21333480, 21333489, 21333490, 21333500 | $807.90 |
| **37** | 10 Anderson Manufacturing AR-15-A3 | 21333452, 21333453, 21333454, 21333462, 21333463, | $807.90 |

| | | | |
|---|---|---|---|
| | | 21333464, 21333472, 21333473, 21333474, 21333982 | |
| **38** | 6 Palmetto State Armory AR-15 Freedom | SCD772103, SCD772087, SCD772090, SCD772086, SCD772097, SCD772096 | $359.94 |
| **39** | 10 Palmetto State Armory AR-15 MAGPUL | SCB907769, SCD688064, SCD770727, SCD762488, SCB907190, SCB907776, SCB907778, SCB594748, SCB907774, SCB907765 | $599.99 |
| **40** | 12 Palmetto State Armory AR15 Stealth | SCD099547, SCD099328, SCD302143, SCD167737, SCD301850, SCD167745, SCB100499, SCB110589, SCB110585, SCB110588, SCB110587, SCB110586 | $719.88 |
| **41** | 10 Palmetto State Armory AR15 Multi caliber receivers | SCD909104, SCD411328, SCD409113, SCD762200, SCD411324, SCD411316, SCD409106, SCD409105, SCD411309, SCD411314 | $599.99 |
| **42** | Rock Island Armory MAPP FS 9mm caliber pistol | AC19639 | $499.99 |
| **43** | Palmetto State Armory PAX9 multi-caliber rifle | GP000360 | $780.00 |
| **44** | Taurus G2C 9mm caliber pistol | 1C049669 | $299.99 |
| **45** | Taurus G2C 9mm caliber pistol | ACK363235 | $299.99 |

| | | | |
|---|---|---|---|
| **46** | 20 Palmetto State Armory AR15 Multi caliber receivers | SCD692863, SCD908773, SCB908770, SCB908752, SCB904590, SCB904587, SCB904591, SCB908763, SCD411854, SCD411851, SCD411838, SCB114945, SCB114949, SCB114940, SCB114932, SCB114931, SCB114933, SCB114943, SCB114935, SCB114934 | $1,199.80 |
| **47** | Tisas 1911 .45 ACP caliber pistol | T0620-21AK03733 | $529.99 |
| **48** | 2 Anderson Manufacturing AM15 multi-caliber receivers | 21362061, 21362073 | $161.58 |
| **49** | 3 Anderson Manufacturing AM15 multi-caliber receivers | 21362089, 21362090, 21361742 | $242.37 |
| **50** | FM Products FM-45B .45ACP caliber receiver | EPG16V2 | $199.99 |
| **51** | Stoeger Turkey STR-9 9mm caliber pistol | T6429-21U06783 | $299.99 |
| **52** | Palmetto State Armory Dagger 9mm caliber pistol | FG036557 | $330.00 |
| **53** | 4 Palmetto State Armory AR15 multi-caliber receivers | SCD421459, SCD208951, SCD208944, SCD208930 | $239.96 |
| **54** | Sarsilmaz SAR9 9mm caliber pistol | T1102-21BV38189 | $279.99 |
| **55** | SAR USA SAR9 9mm caliber pistol | T1102-21BV89377 | $279.99 |
| **56** | 10 Aero Precision LLC X15 multi-caliber receivers | X431468, X431483, X431490, X431493, X431479, X431481, X431482, X431491, X431492, X431489 | $109.99 |

| | | | |
|---|---|---|---|
| **57** | 3 Orchid Defense Group OD-15-S multi-caliber receivers | NV01174, NV01198, NV01514 | $359.97 |
| **58** | 6 Palmetto State Armory PA15 multi-caliber receivers | SCD425325, SCD425326, SCD425327, SCD425329, SCD425331, SCD425332 | $359.94 |
| **59** | Palmetto State Armory RTB15 multi-caliber receiver | RTB02691 | $59.99 |
| **60** | SAR USA SAR9 9mm caliber pistol | T1102-21BV95423 | $429.99 |
| **61** | 10 Anderson Manufacturing AM15 multi-caliber receivers | 21410969, 21410956, 21410965, 21410966, 21410997, 21410996, 21410987, 21410985, 21410976, 21410975 | $807.90 |
| **62** | SAR USA SAR9 9mm caliber pistol | T1102-21BV90255 | $429.99 |
| **63** | 5 Anderson Manufacturing AM15 multi-caliber receivers | 21258785, 21258795, 21261925, 21261992, 21261999 | $403.95 |
| **64** | (5) 17 Design & Manufacturing 17DM-4 multi-caliber receivers | 21-F10504, 21-F10526, 21-F10277, 21-F10286, 21-F10385 | $1,249.95 |
| | | **Total** | **$30,972.70** |

which constitute property involved in or used in violation of the offense for which the defendant pled guilty, and

WHEREAS, the United States has established that pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the Firearms and Receivers Not Seized, a) cannot be located upon the exercise of due diligence; b) have been transferred or sold to, or deposited with, a third party; c) have been placed beyond the jurisdiction of the court; d) have been substantially diminished in

value; or e) have been commingled with other property which cannot be divided without difficulty; and

WHEREAS, the United States has established that the value of the Firearms and Receivers Not Seized is $30,972.70 in United States currency; and

WHEREAS, the defendant agreed to pay and forfeit the amount of $30,972.70 in United States currency, as a substitute asset in lieu of, and in satisfaction of, the forfeiture of the Firearms and Receivers Not Seized, as authorized by Title 21, United States Code, Section 853(p)(2), as incorporated by Title 28, United States Code, Section 2461(c), it is

THEREFORE, ORDERED, ADJUDGED and DECREED that pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the United States may seek, as a substitute asset, forfeiture of any of the defendant's property up to $30,972.70 in United States currency.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $30,972.70 in United States currency.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that any payments by the defendant be made payable to the United States Marshals Service via a certified check or money order and mailed to the United States Marshals Service, Attn: Asset Forfeiture Unit, 401 West Washington Street, SPC-64, #270, Phoenix, Arizona 85003, and reference defendant's name and reference the case number; and

IT IS FURTHER ORDERED that the United States alone shall hold clear title to the monies paid by the defendant to satisfy this Order following the Court's entry of the judgment of conviction.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that the Clerk is hereby directed to send copies of this Order to defendant's counsel of record.

DATED this 9th day of February, 2024.

JENNIFER G. ZIPPS
United States District Judge